**Buster COLE, Appellant,**

v.

**SMITH & WARDROUP, INC., Appellee.**

**No. 7221.**

Court of Civil Appeals of Texas.

Amarillo.

Jan. 28, 1963.

Rehearing Denied Feb. 25, 1963.

Finley & Scogin, Kermit, for appellant.

Brown & Shuman, Lubbock, for appellee.

DENTON, Chief Justice.

This is a companion case to Buster Cole v. Western Brick & Supply Company, Inc., Tex.Civ.App., 364 S.W.2d 761. The disposition made in that case in affirming the order of the trial court in overruling appellant's plea of privilege is controlling here.

The judgment of the trial court overruling the plea of privilege is affirmed.

Affirmed.